

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T  212.335.4829

February 21, 2020
*VIA ECF & EMAIL*

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/24/20

Re:   *United States v. Gzimi Bojkovic*, 18-CR-00767 (VM-2)

Dear Judge Marrero:

I am writing on behalf of Gzimi Bojkovic in the above-referenced case. We respectfully request that the Court adjourn the sentencing hearing, currently scheduled for February 28, 2020, at 10:00 a.m., to a new date in approximately six weeks. The reason for the requested adjournment is because more time is needed to ensure that the Pre-Sentence Investigation Report (the "PSR") for Mr. Bojkovic accurately reflects his criminal history. Currently, the PSR contains items related to Mr. Bojkovic's criminal history that need to be corrected by our application to local courts, and our application is in progress. The Government consents to the requested adjournment.

Thank you for your time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

Jessica Ann Masella
Counsel for Gzimi Bojkovic

Request GRANTED. The sentencing of defendant Gzimi Bojkovic herein is rescheduled to 4-17-20 at 2:45 p.m.
SO ORDERED.
2-24-20
DATE           VICTOR MARRERO, U.S.D.J.