USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,  :  **18 CR 767 (VM)**

    -against-

                                                  **ORDER**

GZIMI BOJKOVIC,

              Defendant.
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, April 17, 2020, shall be rescheduled to Friday, June 19, 2020 at 9:00 a.m.

**SO ORDERED:**

Dated:    New York, New York
            26 March 2020

                                                  _____
                                                     Victor Marrero
                                                       U.S.D.J.