**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2020

```
-------------------------------X
UNITED STATES OF AMERICA,        :        18 CR 767 (VM)
                                 :
          -against-              :
                                 :        ORDER
GZIMI BOJKOVIC,                  :
                                 :
               Defendant.        :
-------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, July 17, 2020 at 11:15 a.m.

**SO ORDERED:**

Dated:    New York, New York
          5 June 2020

_____
          Victor Marrero
          U.S.D.J.