USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :     **18 CR 767 (VM)**
                                    :
        -against-                   :
                                    :           **ORDER**
GZIMI BOJKOVIC,                     :
                                    :
                Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, July 17, 2020, shall be rescheduled to Friday, August 21, 2020 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2020

_____
Victor Marrero
U.S.D.J.