

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T   212.335.4829

September 15, 2020
*VIA ECF & EMAIL*

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/17/2020__
```

Re:     *United States v. Gzimi Bojkovic*, 18-CR-00767 (VM-2)

Dear Judge Marrero:

I represent Gzimi Bojkovic in the above-referenced case, and I am writing to respectfully request that the Court adjourn the sentencing hearing, currently scheduled for September 18, 2020, to a new date in approximately four weeks.  The reason for the requested adjournment is because the Probation Department recently issued a revised Pre-Sentence Investigation Report ("PSR") for Mr. Bojkovic, and more time is needed to prepare our written sentencing submission taking into account the information contained in the revised PSR.  The Government consents to the requested adjournment.

In addition, Mr. Bojkovic anticipates that he will request that the Court proceed with his sentencing remotely by videoconference or teleconference, and we will make that request in a written letter no later than September 22, 2020.  The Government anticipates that it will respond with a request that the sentencing be held at a time when it can be conducted in person, and the Government will make that request in a written letter no later than September 25, 2020.

Thank you for your time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

Jessica Ann Masella
Counsel for Gzimi Bojkovic

Request **GRANTED.**  The sentencing shall be scheduled for Thursday October 15, 2020 at 12:00 p.m.

**SO ORDERED.**

__9/17/2020__
DATE

VICTOR MARRERO, U.S.D.J.