```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **18 CR 767 (VM)**
                                   :
        -against-                  :
                                   :     <u>**ORDER**</u>
GZIMI BOJKOVIC,                    :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Friday, November 13, 2020, shall be rescheduled to Tuesday, November 17, 2020 at 12:00 p.m. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:    New York, New York
          02 November 2020

_____
Victor Marrero
U.S.D.J.