# Exhibit 1

September 15, 2020

Dear Judge Marrero

My name is Gzimi Bojkovic. First and foremost I'd like to apologize to my victims for the crimes I committed and the pain and loss I've brought them. I'd like you to know that, I'm not a violent person as you can see by the actions I committed. I'm making the most of my time while incarcerated. I'm studying for my G.E.D, I took part in several personal advancement courses and I have a job in the kitchen.

During my incarceration I had to deal with a lot of hardships starting with contracting scabies back in 2018, blackouts, no heat in 2019 and  this ongoing pandemic in 2020. At the Mdc and this COV-19 pandemic being locked down 21hrs a day can really break a person like me down and it did. This horrible experience made me realize that crime isn't the way to go in  life. I would like to inform you that this punishment took a toll on me mentally and I truthfully regret all the trouble I've caused myself. I'm looking forward and plan on opening up my  own construction company. In addition I'm a member of Local 7 Union, tile, marble and terrazzo along with licenses to install scaffolding. I mention this because it my clear intention to move forward in life in a rewarding and honest manner despite the shame and disgrace that I have caused my family.

My parents are both past retirement age and want me very much in their lives as they grow older. I have three loving sisters and two nephews who's lives I hope to make a positive impact. Your Honor, I know what I did was not right. I can't take back the serious mistakes I made but I can and I'm determined to move forward in my life to learn this difficult lesson that I will not repeat. Thank you for taking the time out to read this letter, God Bless.

Respectfully,
Gzimi Bojkovic