USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,              :          **18 CR 767 (VM)**
                                       :
         -against-                     :
                                       :          ORDER
GZIMI BOJKOVIC,                        :
                                       :
                    Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled to be held on Tuesday, November 17, 2020 at 12:00 PM, shall be rescheduled to 10:30 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         16 November 2020

_____
Victor Marrero
U.S.D.J.